UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VIRGINIA SILANO,                      :     CIVIL NO. 3:16CV01700(AWT)
     Plaintiff,

vs.                                   :

KEVIN HAMMEL, DANIEL SILVA,           :     OCTOBER 14, 2016
ROCCO TESTI, GEORGE COONEY,
DIANA COONEY, VICTORIA
SCARNULY-GRASSO and
TOWN OF TRUMBULL,
     Defendants.

## MOTION FOR SECURITY FOR COSTS

Pursuant to Local Rule 83.3 of the United States District Court for the District of Connecticut, defendants KEVIN HAMMEL, DANIEL SILVA, ROCCO TESTI and TOWN OF TRUMBULL hereby respectfully move for an order that the plaintiff give a cash deposit or bond with sufficient surety in the sum of FIVE HUNDRED ($500.00) DOLLARS, within thirty (30) days from the entry of such order.

DEFENDANTS, KEVIN HAMMEL,
DANIEL SILVA, ROCCO TESTI and
TOWN OF TRUMBULL

BY/ss/Dennis M. Durao
Dennis M. Durao
Federal Bar No.: ct29271
Karsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
Telephone (860)233-5600
Telecopier (860)233-5800
ddurao@kt-lawfirm.com

## **CERTIFICATION**

I hereby certify that on October 14, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

Mailed to:

Virginia Silano
62 West Lake Road
Trumbull, CT 06611

George Cooney
Diana Cooney
21 Hemlock Trail
Trumbull, CT 06611

Victoria Scarnuly-Grasso
13 Pinewood Trail
Trumbull, CT 06611

/ss/Dennis M. Durao
Dennis M. Durao