UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VIRGINIA SILANO | : | CIVIL NO. 3:16cv01700 (AWT) |
| vs. | : | |
| KEVIN HAMMEL, DANIEL SILVA, | : | |
| ROCCO TESTI, GEORGE COONEY, | : | |
| DIANA COONEY, VICTORIA | : | |
| SCARNULY-GRASSO and | : | |
| TOWN OF TRUMBULL, | : | DECEMBER 5, 2016 |

## NOTICE OF APPEARANCE

Please enter the appearance of Colleen N. Davis as attorney for Victoria Scarnuley-Grasso in the above-entitled matter.

                                                THE DEFENDANT
                                                VICTORIA SCARNULEY-GRASSO

                                                By:           /s/ (ct27773)
                                                        Colleen N. Davis
                                                         Donahue, Durham & Noonan, P.C.
                                                         741 Boston Post Road, Suite 306
                                                         Guilford, CT  06437
                                                         (203) 458-9168

**CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                           /s/ (ct27773)
                                                                 Colleen N. Davis